AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jordan Berk

*Defendant*

Case: 1:24-mj-00085
Assigned To : Judge Robin M. Meriweather
Assign. Date : 3/4/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Jordan Berk__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Entering and remaining and disorderly conduct in a restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) and (G) - Parading, picking, and demonstrating and disorderly conduct in a Capitol building.

Date: 03/04/2024

*Issuing officer's signature*
2024.03.04 12:34:45 -05'00'

City and state:  Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/04/2024, and the person was arrested on *(date)* 03/08/2024
at *(city and state)* San Diego, California.

Date: 03/08/2024

*Arresting officer's signature*

*Printed name and title*